UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
NOV 2 5 2009
CLERK
U.S. BANKRUPTCY COURT

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Bert William + Denise Louise Houghtaling
CASE NUMBER: 07-00232

PLEASE CHECK ONE:

__X__ UNCLAIMED DIVIDENDS

_____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| The Best Service Co.<br>Wells Fargo Bank<br>10780 Santa Monica Blvd #140<br>Los Angeles, Ca. 90025 | 4 | 686.87 |

20597
686.87  (B)

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$_____
TOTAL: $ 686.87

DATE: Nov. 24, 2009

_____, Trustee
TRUSTEE

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94